# Order

Michigan Supreme Court
Lansing, Michigan

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142994

DIANE HOUSTON,
  Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
  Defendant.

SC: 142994
AGC: 0848/07

_____/

  On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



s1015

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk